4:17cr 257 AGF/JMB

RECEIVED
AUG 02 2017
BY MAIL

Dear Your Honor,

My name is Brandon Smith defendant in case # 4:17CR257. I would like to file for ineffective assistences. Due to the fact that Mr. Jeffrey Goldfarb does not have the Best interest at heart for me and my case. Since June 21, 2017 when he was appointed to me, he has not been to see me to discuss my case about my discovery nor does he answer office calls, in which my family and I have tried to call several times. Unfortunately, as of now I do not know what's going on, what are my charges or when do I even go to court. So I'm asking with all respect your honor that I please be re-assigned a new Attorney.

THANKS,

MAILED FROM:
ST. CHARLES COUNTY
ADULT DETENTION FACILITY

Brandon Smith
S.C.C. DOC
301 N. Second St.
St. Charles, Mo 63301

John M. Bodenhausen
111 S. 10th St.
St. Louis, Mo 68102

RECEIVED
AUG 02 2017
BY MAIL